## Appeal - Affidavit Non-Payment of Costs

### State of Texas

**Appeal Case No:** 14-14-01004-CV

JOSEPH COX, ET AL VS. GALVESTON COUNTY WATER CONTROL & IMPROVEMENT DISTRICT #12, ET AL

TO:

**Cause No.:** 13-CV-1104

**405th District Court of Galveston County**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/20/2015 3:54:11 PM
CHRISTOPHER A. PRINE
Clerk

**ARTICLE 35.3 A 92) AND ARTICLE 37.3B PAGE 32 AND 33 OF THE SPECIAL SUPPLEMENT TO TEXAS RULES OF COURT STATE 1997**

**I, John D. Kinard,** District Clerk, in and for the County of Galveston, State of Texas, do hereby make this sworn affidavit in the above referenced case currently pending appeal. No Clerk's Record on appeal has been filed, as the Appellant has failed to pay or make satisfactory payment arrangements for the Clerk's fees.

Upon payment, the Clerk's Record on Appeal shall be tendered for filing in the Fourteenth Court of Appeals, Houston, Texas.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 20th day of January, 2015.**



**John D. Kinard**, District Clerk
Galveston County, Texas

By:    /s/ Shailja Dixit Deputy